

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-21-00277-CV

---

IN THE MATTER OF THE MARRIAGE OF ANNA DINA REYNA AND TIMOTHY
MICHAEL TEAGUE AND IN THE INTEREST OF O.M.T. AND T.Z.T., CHILDREN

---

On Appeal from the 46th District Court
Wilbarger County, Texas
Trial Court No. 29,268, Honorable Dan Mike Bird, Presiding

---

December 28, 2021

MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant, Timothy Michael Teague, proceeding pro se, filed a notice of appeal from the trial court's *Final Decree of Divorce* without paying the requisite filing fee. By letter of November 15, 2021, the Clerk of this Court notified Teague that the filing fee was overdue and that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by November 29 would result in dismissal of the appeal. To date, Teague has not paid the filing fee or sought leave to proceed without payment of court costs.

Because Teague has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam